ACTION WITHOUT MEETING BY

THE MEMBER/MANAGERS OF

EMERSON JOSEPH, LLC

WE, the undersigned being all of the Member/Managers of EMERSON JOSEPH LLC ("the Company") hereby act without meeting as follows:

RESOLVED that the appropriate member or members are hereby authorized to file a petition pursuant to Title 11, Chapter 11 in the United States Bankruptcy Court on behalf of the Company.

DATED this the 4th day of November, 2009.

_____ member/manager
Member/Manager

_____ member/manager
Member/Manager

_____ member/manager
Member/Manager

Emerson Joseph, LLC
221 South Tryon Street, St. 100
Charlotte, NC 28202


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste
Charlotte, NC 28203


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


I.R.S.
P.O. Box 21126
Philadelphia, PA 19114


NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202


US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669


American Express Credit Card
P.O. Box 650448
Dallas, TX 75265-0448


Ballantyne Village
14825 Ballantyne Village Way
St. 240-17
Charlotte, NC 28277

Bank of America Credit Card
P.O. Box 15710
Wilmington, DE 19886-5710

Cain & Crane Court Reporters
P.O. Box 23833
Charlotte, NC 28227

Capital One Credit Card
P.O. Box 71083
Charlotte, NC 28272-1083

CBS Radio
P.O. Box 905664
Charlotte, NC 28290-5664

City Search
CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082-0456

CMEAC It Solutions
1960 Cross Beam Dr.
Suite 500
Charlotte, NC 28217

Columbia Beauty Supply
P.O. Box 579
Matthews, NC 28106-0579

CPI Security
4200 Sandy Porter Rd.
Charlotte, NC 28273

Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579

Deltacom
P.O. Box 2252
Birmingham, AL 35246-1058


Great America Leasing
P.O. Box 660831
Dallas, TX 75266-0831


Heard Ratzlaff
114 Fairwood Avenue
Charlotte, NC 28203


Horack, Talley Law Officd
2600 One Wachovia Center
Charlotte, NC 28202-6038


Intercede Mediator/ADR Service
212 S. Tryon Street
Suite 1560
Charlotte, NC 28281


Jea Jung
2595 Westpost Rd., St. C
Las Vegas, NV 89119


Jim Donnelly
c/o Emerson Joseph
221 S. Tryon St., Ste. 100
Charlotte, NC 28202


Mark Finn Services
1728 Sugar Creek West
Charlotte, NC 28262


Mecklenburg County Tax Coll.
P.O. Box 71063
Charlotte, NC 28272-1063

Muzak
3318 Lakemont Blvd.
Ft. Mill, SC 29708


Nexsen Pruet
P.O. Drawer 2426
Columbia, SC 29202


Nova Office Strategies
129 W. Trade St.
Suite 1420
Charlotte, NC 28202-5314


P & G Professional Care
The Wells Corporation
6109 De Soto Avenue
Woodland Hills, CA 91367


RBC Centura Credit Card
P.O. Box 1070
Charlotte, NC 28201-1070


RBC Centura Line of Credit
P.O. Box 1220
Rocky Mountain, NC 27802


Reward Zone Credit Card
P.O. Box 5222
Carol Stream, IL 60197-5222


Simon Properties
225 W. Washington St.
Indianapolis, IN 46204-3438


Simplex Grinnell
50 Technology Dr.
Westminster, MA 01441

Squeegee Pros
9247 Sherbourne Lane
Sherrolls Ford, NC 28673

Steve Smith
Morgan Stanley
6805 Morrison Blvd. #400
Charlotte, NC 28211

TBG Development
221 S. Tryon St.
Suite 100
Charlotte, NC 28202

Unifirst
P.O. Box 584
Newell, NC 28126

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re:  **Emerson Joseph, LLC** _____

Debtor

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **2/10/2010** _____

Signed: **s/ James Michael Donnelly** _____
           **James Michael Donnelly**

Signed: _____
           **Richard M. Mitchell**
           Attorney for Debtor(s)
           Bar no.:        **3034**
           **Mitchell & Culp PLLC**
           **1001 Morehead Square Drive, Ste. 330**
           **Charlotte, NC 28203**
           Telephone No.:     **(704) 333-0630**
           Fax No.:           **(704) 333-4975**
           E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Emerson Joseph, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **20-2765665** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**221 South Tryon Street, St. 100**<br>**Charlotte, NC**<br>ZIP CODE **28202** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**221 South Tryon Street, St. 100**<br>**Charlotte, NC**<br>ZIP CODE **28202** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**221 South Tryon St., St. 100, Charlotte, NC** | ZIP CODE **28202** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Emerson Joseph, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❑  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** _____ Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ❑  Yes, and Exhibit C is attached and made a part of this petition. ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ❑  Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ❑  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ❑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). _____ (Name of landlord that obtained judgment) _____ (Address of landlord) |
| ❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ❑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Emerson Joseph, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>    Signature of Debtor<br><br>X **Not Applicable**<br>    Signature of Joint Debtor<br><br><br>    Telephone Number (If not represented by attorney)<br><br><br>    Date | X **Not Applicable**<br>    (Signature of Foreign Representative)<br><br><br>    (Printed Name of Foreign Representative)<br><br><br>    Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X _____<br>    Signature of Attorney for Debtor(s)<br><br>**Richard M. Mitchell  Bar No.  3034**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Mitchell & Culp PLLC**<br>Firm Name<br><br>**1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**<br><br>Address<br><br><br>**(704) 333-0630**      **(704) 333-4975**<br>Telephone Number<br><br>**2/10/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ James Michael Donnelly**<br>    Signature of Authorized Individual<br><br>**James Michael Donnelly**<br>Printed Name of Authorized Individual<br><br>**Member Manager**<br>Title of Authorized Individual<br><br>**2/10/2010**<br>Date | <br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re  **Emerson Joseph, LLC** _____ ,  Case No. _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Simon Properties**<br>**225 W. Washington St.**<br>**Indianapolis, IN 46204-3438** | **Account Receivable**<br><br>**Simon Properties**<br>**225 W. Washington St.**<br>**Indianapolis, IN 46204-3438** | **Lease** | | **$1,410,454.40** |
| **Heard Ratzlaff**<br>**114 Fairwood Avenue**<br>**Charlotte, NC 28203** | **Account Receivable**<br><br>**Heard Ratzlaff**<br>**114 Fairwood Avenue**<br>**Charlotte, NC 28203** | **Trade** | | **$224,303.61** |
| **Ballantyne Village**<br>**14825 Ballantyne Village Way**<br>**St. 240-17**<br>**Charlotte, NC 28277** | **Bob Bruner**<br>**704-369-5000**<br>**Ballantyne Village**<br>**14825 Ballantyne Village Way**<br>**St. 240-17**<br>**Charlotte, NC 28277** | **Lease** | | **$76,738.44** |
| **Horack, Talley Law Officd**<br>**2600 One Wachovia Center**<br>**Charlotte, NC 28202-6038** | **Account Receivable**<br>**704-377-2500**<br>**Horack, Talley Law Officd**<br>**2600 One Wachovia Center**<br>**Charlotte, NC 28202-6038** | **Professional Fees** | | **$58,919.86** |
| **Steve Smith**<br>**Morgan Stanley**<br>**6805 Morrison Blvd. #400**<br>**Charlotte, NC 28211** | | **Loan** | | **$45,063.06** |
| **Jea Jung**<br>**2595 Westpost Rd., St. C**<br>**Las Vegas, NV 89119** | | **Loan** | | **$31,488.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Emerson Joseph, LLC** _____, Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Bank of America Credit Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **Account Receivable**<br>**800-673-1044**<br>**Bank of America Credit Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **Credit Card** | | **$19,542.09** |
| **American Express Credit Card**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | **Account Receivable**<br>**800-521-6121**<br>**American Express Credit Card**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | **Credit Card** | | **$16.903.70** |
| **Capital One Credit Card**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | **Account Receivable**<br>**800-955-7070**<br>**Capital One Credit Card**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | **Credit Card** | | **$14,000.00** |
| **RBC Centura Credit Card**<br>**P.O. Box 1070**<br>**Charlotte, NC 28201-1070** | **Account Receivable**<br>**888-257-6837**<br>**RBC Centura Credit Card**<br>**P.O. Box 1070**<br>**Charlotte, NC 28201-1070** | **Credit Card** | | **$13,848.38** |
| **Mecklenburg County Tax Coll.**<br>**P.O. Box 71063**<br>**Charlotte, NC 28272-1063** | **Receivables**<br>**877-533-0072**<br>**Mecklenburg County Tax Coll.**<br>**P.O. Box 71063**<br>**Charlotte, NC 28272-1063** | **Taxes** | | **$11,687.95** |
| **Columbia Beauty Supply**<br>**P.O. Box 579**<br>**Matthews, NC 28106-0579** | **Account Receivable**<br>**704-845-2888**<br>**Columbia Beauty Supply**<br>**P.O. Box 579**<br>**Matthews, NC 28106-0579** | **Trade** | | **$7,195.24** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Emerson Joseph, LLC**                                                , Case No. _____

                                    Debtor                        Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **CBS Radio**<br>**P.O. Box 905664**<br>**Charlotte, NC 28290-5664** | **Account Receivable**<br>**704-522-1103**<br>**CBS Radio**<br>**P.O. Box 905664**<br>**Charlotte, NC 28290-5664** | **Trade** | | **$4,980.54** |
| **Reward Zone Credit Card**<br>**P.O. Box 5222**<br>**Carol Stream, IL 60197-5222** | **Account Receivable**<br>**800-419-4959**<br>**Reward Zone Credit Card**<br>**P.O. Box 5222**<br>**Carol Stream, IL 60197-5222** | **Trade** | | **$4,729.54** |
| **P & G Professional Care**<br>**The Wells Corporation**<br>**6109 De Soto Avenue**<br>**Woodland Hills, CA 91367** | **Account Receivable**<br><br>**P & G Professional Care**<br>**The Wells Corporation**<br>**6109 De Soto Avenue**<br>**Woodland Hills, CA 91367** | **Trade** | | **$4,437.50** |
| **Unifirst**<br>**P.O. Box 584**<br>**Newell, NC 28126** | **Account Receivable**<br>**704-597-1970**<br>**Unifirst**<br>**P.O. Box 584**<br>**Newell, NC 28126** | **Trade** | | **$1,882.79** |
| **Cain & Crane Court Reporters**<br>**P.O. Box 23833**<br>**Charlotte, NC 28227** | **Account Receivable**<br>**704-545-3510**<br>**Cain & Crane Court Reporters**<br>**P.O. Box 23833**<br>**Charlotte, NC 28227** | **Professional Services** | | **$1,912.00** |
| **Intercede Mediator/ADR Service**<br>**212 S. Tryon Street**<br>**Suite 1560**<br>**Charlotte, NC 28281** | **Account Receivable**<br>**704-377-4000**<br>**Intercede Mediator/ADR Service**<br>**212 S. Tryon Street**<br>**Suite 1560**<br>**Charlotte, NC 28281** | **Professional Services** | | **$1,154.09** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Emerson Joseph, LLC** _____ , Case No. _____

Debtor      Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **City Search**<br>**CMI Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | **Account Receivable**<br>**610-352-5151**<br>**City Search**<br>**CMI Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | **Trade** | | **$1,024.61** |
| **CPI Security**<br>**4200 Sandy Porter Rd.**<br>**Charlotte, NC 28273** | | | | **$1,019.55** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James Michael Donnelly, Member Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/10/2010** _____      Signature:   **s/ James Michael Donnelly** _____

**James Michael Donnelly ,Member Manager** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re  **Emerson Joseph, LLC** _____    Case No. _____

 **Debtor** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Express Credit Card**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | | | | | **16,903.70** |
| ACCOUNT NO.<br><br>**Ballantyne Village**<br>14825 Ballantyne Village Way<br>St. 240-17<br>Charlotte, NC 28277 | | | | | | | **76,738.44** |
| ACCOUNT NO.<br><br>**Bank of America Credit Card**<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | | | | | | | **19,542.09** |
| ACCOUNT NO.<br><br>**Cain & Crane Court Reporters**<br>P.O. Box 23833<br>Charlotte, NC 28227 | | | | | | | **1,912.00** |
| ACCOUNT NO.<br><br>**Capital One Credit Card**<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | | | | | | | **14,000.00** |

6    Continuation sheets attached

Subtotal ➤ $    **129,096.23**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Emerson Joseph, LLC_____     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**CBS Radio** <br>**P.O. Box 905664** <br>**Charlotte, NC 28290-5664** | | | | | | | **4,980.54** |
| ACCOUNT NO. <br><br>**City Search** <br>**CMI Credit Mediators, Inc.** <br>**P.O. Box 456** <br>**Upper Darby, PA 19082-0456** | | | | | | | **1,024.61** |
| ACCOUNT NO. <br><br>**CMEAC It Solutions** <br>**1960 Cross Beam Dr.** <br>**Suite 500** <br>**Charlotte, NC 28217** | | | | | | | **650.00** |
| ACCOUNT NO. <br><br>**Columbia Beauty Supply** <br>**P.O. Box 579** <br>**Matthews, NC 28106-0579** | | | | | | | **7,195.24** |
| ACCOUNT NO. <br><br>**CPI Security** <br>**4200 Sandy Porter Rd.** <br>**Charlotte, NC 28273** | | | | | | | **1,019.55** |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **14,869.94**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Emerson Joseph, LLC**                                    Case No. _____
                                                   _____
                              **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Crystal Springs** <br> **P.O. Box 660579** <br> **Dallas, TX 75266-0579** | | | | | | | **209.74** |
| ACCOUNT NO. <br><br> **Deltacom** <br> **P.O. Box 2252** <br> **Birmingham, AL 35246-1058** | | | | | | | **898.82** |
| ACCOUNT NO. <br><br> **Great America Leasing** <br> **P.O. Box 660831** <br> **Dallas, TX 75266-0831** | | | | | | | **251.40** |
| ACCOUNT NO. <br><br> **Heard Ratzlaff** <br> **114 Fairwood Avenue** <br> **Charlotte, NC 28203** | | | | | | | **224,303.61** |
| ACCOUNT NO. <br><br> **Horack, Talley Law Officd** <br> **2600 One Wachovia Center** <br> **Charlotte, NC 28202-6038** | | | | | | | **58,919.86** |

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **284,583.43**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Emerson Joseph, LLC** _____  Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,154.09 |
| Intercede Mediator/ADR Service 212 S. Tryon Street Suite 1560 Charlotte, NC 28281 | | | | | | | |
| ACCOUNT NO. | | | | | | | 31,488.00 |
| Jea Jung 2595 Westpost Rd., St. C Las Vegas, NV 89119 | | | | | | | |
| ACCOUNT NO. | | | | | | | 287,900.00 |
| Jim Donnelly c/o Emerson Joseph 221 S. Tryon St., Ste. 100 Charlotte, NC 28202 | | | | | | | |
| ACCOUNT NO. | | | | | | | 574.36 |
| Mark Finn Services 1728 Sugar Creek West Charlotte, NC 28262 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,687.95 |
| Mecklenburg County Tax Coll. P.O. Box 71063 Charlotte, NC 28272-1063 | | | | | | | |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **332,804.40**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Emerson Joseph, LLC_____     Case No. _____
                                    **Debtor**                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Muzak** <br> **3318 Lakemont Blvd.** <br> **Ft. Mill, SC 29708** | | | | | | | 194.84 |
| ACCOUNT NO. <br> **Nexsen Pruet** <br> **P.O. Drawer 2426** <br> **Columbia, SC 29202** | | | | | | | 759.00 |
| ACCOUNT NO. <br> **Nova Office Strategies** <br> **129 W. Trade St.** <br> **Suite 1420** <br> **Charlotte, NC 28202-5314** | | | | | | | 678.25 |
| ACCOUNT NO. <br> **P & G Professional Care** <br> **The Wells Corporation** <br> **6109 De Soto Avenue** <br> **Woodland Hills, CA 91367** | | | | | | | 4,437.50 |
| ACCOUNT NO. <br> **RBC Centura Credit Card** <br> **P.O. Box 1070** <br> **Charlotte, NC 28201-1070** | | | | | | | 13,848.38 |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 19,917.97

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Emerson Joseph, LLC**                          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **SECURED** |
| **RBC Centura Line of Credit** P.O. Box 1220 Rocky Mountain, NC 27802 | | | 75,000 | | | | |
| ACCOUNT NO. | | | | | | | **4,729.54** |
| **Reward Zone Credit Card** P.O. Box 5222 Carol Stream, IL 60197-5222 | | | | | | | |
| ACCOUNT NO. | | | | | | | **1,410,454.40** |
| **Simon Properties** 225 W. Washington St. Indianapolis, IN 46204-3438 | | | | | | | |
| ACCOUNT NO. | | | | | | | **180.64** |
| **Simplex Grinnell** 50 Technology Dr. Westminster, MA 01441 | | | | | | | |
| ACCOUNT NO. | | | | | | | **120.00** |
| **Squeegee Pros** 9247 Sherbourne Lane Sherrolls Ford, NC 28673 | | | | | | | |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    **1,415,484.58**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Emerson Joseph, LLC** _____     Case No. _____
                        Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Steve Smith Morgan Stanley 6805 Morrison Blvd. #400 Charlotte, NC 28211** | | | | | | | **45,063.06** |
| ACCOUNT NO. **TBG Development 221 S. Tryon St. Suite 100 Charlotte, NC 28202** | | | | | | | **338,807.93** |
| ACCOUNT NO. **Unifirst P.O. Box 584 Newell, NC 28126** | | | | | | | **1,882.79** |

Sheet no. <u>6</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **385,753.78**

Total  ➤  $   **2,582,510.33**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
## Charlotte Division

In re  **Emerson Joseph, LLC**                                        ,

                                   Debtor

Case No. _____

Chapter    __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $       0.00 | | |
| B - Personal Property | NO | 0 | $       0.00 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $       0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $       0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $   2,582,510.33 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 7 | $       0.00 | $   2,582,510.33 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re  **Emerson Joseph, LLC**

_____
Debtor

Case No. _____

Chapter   **11**  _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

## United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re  **Emerson Joseph, LLC**

Debtor

Case No. _____

Chapter  **11** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  **0.00** |
| 4. Total from Schedule F | | $  **2,582,510.33** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  **2,582,510.33** |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Emerson Joseph, LLC**_____          Case No. _____
Debtor                                                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **James Michael Donnelly**, the **Member Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **8**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **2/10/2010**_____          Signature:   **s/ James Michael Donnelly**_____

**James Michael Donnelly Member Manager**_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*